*E-Filed 2/18/11*

KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br>       Plaintiff,<br>    v.<br>ZOOMBA LDC; WWW.SHOPPSJAILBREAK.COM; VLAD GAZOUNE, individually and doing business as ZOOMBA LDC and WWW.SHOPPSJAILBREAK.COM; THAHN NGUYGEN, individually and doing business as USATECHCITY, LTD; ARTHUR BATES II, individually and doing business as PSP PIT STOP; TOM NOOKER, individually and doing business as WWW.BUYPS3JAILBREAK.WEBS.COM; ALEX ESQUIVEL, individually and doing business as NDSGAMER; BIN LE ZHONG aka BEN LEE, individually and doing business as WWW.PS3BREAKONLINE.COM; and FAI KING FONG, individually and doing business as WWW.PS3BREAKONLINE.COM; and HUANRAN LEE, individually and doing business as WWW.GETPS3BREAK.COM; and DOES 9 through 100,<br>       Defendants. | Case No. C10-03909 RS<br><br>**REQUEST AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 24, 2011 CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Richard Seeborg |



REQUEST AND [PROPOSED] ORDER TO  CONTINUE FEBRUARY 24, 2011 CASE MANAGEMENT CONFERENCE
CASE NO. C10-03909 RS

Plaintiff Sony Computer Entertainment America LLC ("SCEA") hereby requests that the Initial Case Management Conference which is currently scheduled for February 24, 2011 be continued for approximately 60 days until April 21, 2011.

This case involves two foreign and six United States defendants. All of the United States defendants have been served, but none have filed answers to the complaint or made appearances in this action. The foreign defendants have not yet been served. Only three of the United States defendants (Thahn Nguyen of USATech City, Ltd. and Bin Le Zhong and Fai King Fong of Ps3breakonline.com) are represented by counsel. Since the Court entered the Preliminary Injunction Order on October 10, 2010 [Docket No. 49], counsel for SCEA has been engaged in discussions with the United States defendants regarding compliance with the Order and the possibility of resolving SCEA's claims against some of the defendants, as well as possible entry of consent judgments and permanent injunctions.

In light of the circumstances, SCEA believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow these discussions to proceed. Counsel for SCEA has notified all of the defendants of SCEA's intent to seek a continuance of the Initial Case Management Conference. Counsel for defendants Thahn Nguyen, Bin Le Zhong and Fai King Fong responded that they do not object to a continuance. None of the other defendants responded to counsel for SCEA. Accordingly, SCEA respectfully requests that the Initial Case Management Conference currently set for February 24, 2011 be continued approximately 60 days to April 21, 2011.

///
///
///
///
///
///



REQUEST AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 24, 2011 CASE MANAGEMENT CONFERENCE
CASE NO. C10-03909 RS

| | |
|---|---|
| DATED:  February 17, 2011 | Respectfully submitted, |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | By: */s/ Holly Gaudreau* <br>     JAMES G. GILLILAND, JR <br>     TIMOTHY R. CAHN <br>     HOLLY GAUDREAU <br>     RYAN BRICKER |
| | Attorneys for Plaintiff <br> SONY COMPUTER ENTERTAINMENT AMERICA LLC |

### [PROPOSED] ORDER

It is hereby ordered that the Request to Continue the Initial Case Management Conference is GRANTED.  The Initial Case Management Conference is hereby scheduled for April 21, 2011.

IT IS SO ORDERED.

DATED: 2/18/11

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

63160441 v1



REQUEST AND [PROPOSED] ORDER TO  CONTINUE FEBRUARY 24, 2011 CASE MANAGEMENT CONFERENCE
CASE NO. C10-03909 RS