1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   HOLLY GAUDREAU (State Bar No. 209114)
3  RYAN BRICKER (State Bar No. 269100)
   Two Embarcadero Center Eighth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email: jgilliland@kilpatricktownsend.com
6          tcahn@kilpatricktownsend.com
           hgaudreau@kilpatricktownsend.com
7          rbricker@kilpatricktownsend.com

8  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br>       v.<br><br>ZOOMBA LDC; WWW.SHOPPSJAILBREAK.COM; VLAD GAZOUNE, individually and doing business as ZOOMBA LDC and WWW.SHOPPSJAILBREAK.COM; THANH NGUYEN, individually and doing business as USATECHCITY, LTD; ARTHUR BATES II, individually and doing business as PSP PIT STOP; TOM NOOKER, individually and doing business as WWW.BUYPS3JAILBREAK.WEBS.COM; ALEX ESQUIVEL, individually and doing business as NDSGAMER; BIN LE ZHONG aka BEN LEE, individually and doing business as WWW.PS3BREAKONLINE.COM; and FAI KING FONG, individually and doing business as WWW.PS3BREAKONLINE.COM; and HUANRAN LEE, individually and doing business as WWW.GETPS3BREAK.COM; and DOES 9 through 100,<br><br>            Defendants. | Case No. C10-03909 RS<br><br>**[PROPOSED]** ORDER RELEASING SECURITY<br><br><br>Judge:  Hon. Richard Seeborg |



On September 14, 2011, Plaintiff Sony Computer Entertainment America LLC ("SCEA") filed a Request seeking release of the cash security deposited with the Court on October 6, 2010.  FOR GOOD CAUSE SHOWN, the Finance Department of the Clerk's Office is directed to refund the $5,000 cash security.  The check shall be made payable to "Kilpatrick Townsend & Stockton LLP."

IT IS SO ORDERED.

Dated:  September 22, 2011.

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

63718866 v1



[PROPOSED] ORDER RELEASING SECURITY                                                                                         - 1 -
CASE NO. C10-03909 RS