*E-Filed 9/22/11*

KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>              Plaintiff,<br>    v.<br><br>ZOOMBA LDC; WWW.SHOPPSJAILBREAK.COM; VLAD GAZOUNE, individually and doing business as ZOOMBA LDC and WWW.SHOPPSJAILBREAK.COM; THANH NGUYEN, individually and doing business as USATECHCITY, LTD; ARTHUR BATES II, individually and doing business as PSP PIT STOP; TOM NOOKER, individually and doing business as WWW.BUYPS3JAILBREAK.WEBS.COM; ALEX ESQUIVEL, individually and doing business as NDSGAMER; BIN LE ZHONG aka BEN LEE, individually and doing business as WWW.PS3BREAKONLINE.COM; and FAI KING FONG, individually and doing business as WWW.PS3BREAKONLINE.COM; and HUANRAN LEE, individually and doing business as WWW.GETPS3BREAK.COM; and DOES 9 through 100,<br><br>              Defendants. | Case No. C10-03909 RS<br><br>**[PROPOSED]** ORDER RELEASING SECURITY<br><br>Judge:  Hon. Richard Seeborg |



[PROPOSED] ORDER RELEASING SECURITY
CASE NO. C10-03909 RS

1  On September 14, 2011, Plaintiff Sony Computer Entertainment America LLC
2  ("SCEA") filed a Request seeking release of the cash security deposited with the Court on
3  October 6, 2010.  FOR GOOD CAUSE SHOWN, the Finance Department of the Clerk's
4  Office is directed to refund the $5,000 cash security.  The check shall be made payable to
5  "Kilpatrick Townsend & Stockton LLP."

7  IT IS SO ORDERED.

10  Dated: September  22 , 2011.   _____
11  HON. RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

14  63718866 v1



[PROPOSED] ORDER RELEASING SECURITY                                                                          - 1 -
CASE NO. C10-03909 RS